# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
DON SAGESSE,

                Plaintiff,                22 **CIVIL** 8414 (RA)

    -against-                            **JUDGMENT**

THE CITY OF NEW YORK, POLICE OFFICER
JOHN DOE #1, and POLICE OFFICER JOHN DOE #2,

                Defendants.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2024, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         March 28, 2024

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                       BY:
                                                  **Deputy Clerk**